## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| GRAYWIRE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File |
| | ) | No. 1:08-CV-2993 (BBM) |
| v. | ) | |
| | ) | |
| CIENA CORP., CISCO SYSTEMS, | ) | JURY TRIAL DEMANDED |
| INC., JDS UNIPHASE CORP., | ) | |
| NEWPORT CORP., and PALOMAR | ) | |
| TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## JDS UNIPHASE CORPORATION'S STIPULATION REGARDING THE ESTOPPEL EFFECT OF INTER PARTES REEXAMINATIONS

In accordance with the Court's Order dated July 17, 2009, JDS Uniphase Corporation expressly stipulates that it shall be estopped, to the same degree as the third party participants to the *inter partes* reexamination of both U.S. Patent No. 6,542,660 and U.S. Patent No. 6,415,082, from litigating the validity of those patents on grounds that were raised or could have been raised in the reexamination proceedings.

Respectfully submitted on July 24, 2009.

HUNTON & WILLIAMS LLP

s/ Robert A. King

Robert A. King
Matthew J. Calvert
Bradley W. Grout
Bank of America Plaza, Ste. 4100
600 Peachtree St. NE
Atlanta, GA  30308

FAEGRE & BENSON LLP
Kenneth A. Liebman (*Pro Hac Vice*)
Matthew A. Stump (*Pro Hac Vice*)
2200 Wells Fargo Center
90 South Seventh Street

*Counsel for Defendant*
 *JDS Uniphase Corporation*

## <u>CERTIFICATE OF COMPLIANCE</u>

I certify that, pursuant to Northern District of Georgia Local Rules 5.1B and 7.1D, the foregoing JDS UNIPHASE CORPORATION'S STIPULATION REGARDING THE ESTOPPEL EFFECT OF INTER PARTES REEXAMINATIONS has been prepared with a typeface of Times New Roman 14 points as approved by the court in Local Rule 5.1B.

Dated: July 24, 2009

<u>s/ Robert A. King</u>

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that on July 24, 2009, a true and correct copy of the foregoing JDS UNIPHASE CORPORATION'S STIPULATION REGARDING THE ESTOPPEL EFFECT OF INTER PARTES REEXAMINATIONS was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

s/ Robert A. King