IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GRAYWIRE, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>CIENA CORP., et al.,<br><br>      Defendants. | CIVIL ACTION<br>NO. 1:08-CV-2993-BBM |

**CERTIFICATE OF CONSENT FOR WITHDRAWAL OF ATTORNEY**

COMES NOW Defendant Palomar Technologies, Inc. ("Palomar") and, pursuant to L.R. 83.1(E)(2) N.D. Ga, gives notice that Ryan M. Bednarczuk of the law firm of Taft Stettinius & Hollister LLP withdraws as counsel for Palomar. Palomar submits that it consents to this withdrawal of counsel.

Palomar requests that all notices and other matters relative to this case be sent to John M. Bowler and James Hunt Yancey, Jr. at Troutman Sanders LLP, and to Kevin W. Kirsch of Baker & Hostetler LLP, at the below addresses, who remain as counsel of record for Palomar.

2138295v1

Respectfully submitted this 26th day of January, 2010.

        TAFT STETTINIUS & HOLLISTER LLP

        */s/ Ryan M. Bednarczuk*
        Ryan M. Bednarczuk (*pro hac vice*)
        bednarczuk@taftlaw.com
        425 Walnut Street, Suite 1800
        Cincinnati, Ohio 45202-3956
        Phone: (513) 381-2838
        Fax:   (513) 381-0205

        TROUTMAN SANDERS LLP

        */s/ John M. Bowler*
        John M. Bowler
        Georgia Bar No. 071770
        john.bowler@troutmansanders.com
        James Hunt Yancey
        Georgia Bar No. 779729
        hunter.yancey@troutmansanders.com
        5200 Bank of America Plaza
        600 Peachtree Street, N.E.
        Atlanta, Georgia  30308-2216
        Tel. (404) 885-3190
        Fax. (404) 962-6513

        BAKER & HOSTETLER LLP

        */s/ Kevin W. Kirsch*
        Kevin W. Kirsch (*pro hac vice*)
        kkirsch@bakerlaw.com
        312 Walnut Street, Suite 3200
        Cincinnati, Ohio  45202-4074
        Tel.: (513) 929-3400
        Fax: (513) 929-0303

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GRAYWIRE, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CIENA CORP., et al.,<br><br>　　　　　Defendants. | CIVIL ACTION<br>NO. 1:08-CV-2993-BBM |

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2010, I electronically filed the foregoing "CERTIFICATE OF CONSENT FOR WITHDRAWAL OF ATTORNEY" with the Clerk of the Court using the ECF system which will send notification to:

Alan Shane Nichols, Esq.
James Joseph Mayberry, Esq.
Natasha Horne Moffitt, Esq.
Courtland Lewis Reichman, Esq.
Courtney Suzanne Johnson, Esq.
KING & SPALDING, LLP
1180 Peachtree Street, NE
Atlanta, Georgia 30309-3521
Phone:  404-572-4600
Fax: 404-572-5100
*Counsel for Plaintiff, Graywire*

Leah J. Poynter, Esq.
Louis Norwood Jameson, Esq.
Matthew Christopher Gaudet, Esq.
Stephanie Anne Hansen, Esq.
DUANE MORRIS, LLP
1180 West Peachtree Street, NW
Suite 700
Atlanta, Georgia 30309-3448
Phone:  404-253-6931
Fax: 404-253-6901
*Counsel for Defendants Ciena Corp. and Defendant Cisco Systems, Inc.*

2138295v1

| | |
|---|---|
| Kenneth A. Liebman, Esq.<br>Matthew A. Stump, Esq.<br>FAEGRE & BENSON<br>90 South Seventh Street<br>2200 Wells Fargo Center<br>Minneapolis, MN 55402-3901<br>612-766-7000 | John P. Passarelli, Esq.<br>KUTAK, ROCK LLP<br>1650 Farnam Street<br>Omaha, NE 68102<br>402-346-6000 |
| Robert Andrew King, Esq.<br>HUNTON & WILLIAMS LLP<br>600 Peachtree Street, N.E.<br>Bank of America Plaza, Suite 4100<br>Atlanta, GA 30308-2216<br>404-888-4136 | Joyce F. Mocek, Esq.<br>KUTAK, ROCK LLP<br>225 Peachtree Street, N.E.<br>Peachtree Center South Tower<br>Suite 2100<br>Atlanta, GA 30303-1731<br>404-222-4600 |
| *Counsel for Defendant JDS Uniphase Corp.* | *Counsel for Defendant Newport Corp.* |

This 26th day of January, 2010.

*/s/ John M. Bowler*
John M. Bowler

2138295v1